THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PNC BANK, National Association, successor in interest to National City Bank, | |
| Plaintiff, | Case No.: 14-cv-9920 |
| v. | Assigned Judge: James B. Zagel |
| TWIN OAKS VENTURES INCORPORATED, an Illinois corporation; VICTOR J. SCODIUS, JR., an individual; and JANET M. SCODIUS, an individual; | Magistrate Judge: Daniel G. Martin |
| | Property Address: 624 Clinton Avenue, Oak Park, Illinois 60304 |
| Defendants. | |

## PLAINTIFF'S RULE 55 MOTION FOR
## ENTRY OF JUDGMENT OF FORECLOSURE AND SALE

Plaintiff, PNC BANK, National Association, successor in interest to National City Bank, ("Plaintiff"), by and through its attorneys, Kenneth S. Strauss and Michael A. Jacobson of ARNSTEIN & LEHR LLP, states in support of this Motion for Entry of Judgment of Foreclosure and Sale against defendants, TWIN OAKS VENTURES INCORPORATED, an Illinois corporation ("Twin Oaks"), VICTOR J. SCODIUS, JR., an individual ("Victor"), and JANET M. SCODIUS, an individual ("Janet"):

1. Plaintiff filed its single-count Complaint to Foreclose Mortgage and For Other Relief (the "Complaint") on December 11, 2014. The Complaint seeks foreclosure of the "Mortgage" (as that term is defined in the Complaint).

2. Concurrently with this Motion for Entry of Judgment of Foreclosure and Sale, this Court entered a default order against Twin Oaks for its failure to defend or deny the allegations

set forth in the Complaint. This Court has also concurrently entered an order for summary judgment in favor of Plaintiff and against Victor and Janet.

3. Plaintiff's claim for damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Affidavit of Amounts Due and Owing, attached hereto as <u>Exhibit A</u>, and expressly incorporated herein.

4. Plaintiff's attorneys' fees and court costs are more specifically set for in its supporting Affidavit of Attorneys' Fees, attached hereto as <u>Exhibit B</u>, and expressly incorporated herein.

5. Plaintiff's Loss Mitigation Affidavit is attached hereto as <u>Exhibit C</u>, and expressly incorporated herein.

6. A proposed order for Judgment of Foreclosure and Sale is attached hereto as <u>Exhibit D</u>, and expressly incorporated herein.

7. Plaintiff is entitled to a Judgment of Foreclosure and Sale as a matter of law.

Plaintiff, PNC BANK, National Association, successor in interest to National City Bank, respectfully requests that this Honorable Court:

(a) Enter the proposed Order Judgment of Foreclosure and Sale, attached hereto as <u>Exhibit D</u>; and

(b) For such other and further relief this Honorable Court deems just and proper.

    Respectfully submitted,

    PNC BANK, National Association, successor
    in interest to National City Bank, Plaintiff

    By: /s/ Michael A. Jacobson
          One of Its Attorneys

Mr. Kenneth S. Strauss (ARDC No. 6273118)
Mr. Michael A. Jacobson (ARDC No. 6313122)
Arnstein & Lehr LLP
*Attorneys for Plaintiff*
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
T: (312) 876-7100
F: (312) 876-6299